IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GEORGE NAWAR and
TARA NAWAR                                                              PLAINTIFFS

v.                        No. 4:21-cv-773-DPM

CINCINNATI INSURANCE COMPANY                          DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 30 June 2023 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

24 May 2023